

FILED

JUL 0 2 2007

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CRIMINAL NO. **W07CR113** |
| Plaintiff, | * | INFORMATION |
| VS. | * | [Vio: 29 U.S.C. 439(c) – Falsification, Concealment or Destruction of Financial Records Required Kept by Labor Union in Private Sector] |
| JAMES E. DOUGLAS, | * | |
| Defendant. | * | |

THE UNITED STATES ATTORNEY CHARGES:

1. At all times material to this Information, the Glass Molders and Plastics Union (GMP), Local 220, was a labor organization engaged in an industry affecting commerce within the meaning of Sections 402(i) and 402(j) of Title 29, United States Code.

2. That in or around September, 2005, in the Western District of Texas, the Defendant,

**JAMES E. DOUGLAS,**

did willfully conceal, withhold, and destroy a book, record, report and statement required to be kept by Section 436 of Title 29, United States Code, that is, the treasurer's financial records, a record on matters required to be reported in the annual financial report of the Glass Molders and Plastics Union (GMP) and required to be filed with the Secretary of Labor, in violation of Title 29, United States Code, Section 439(c).

JOHNNY SUTTON
United States Attorney

By:  GREGORY S. GLOFF
Assistant U. S. Attorney

SEALED \_\_\_\_\_
UNSEALED X\_\_

**PERSONAL DATA SHEET**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

DATE: 07-02-2007     MAG CT. #_____     CASE NO. W07CR113
COUNTY: McLENNAN

CHIEF JUDGE WALTER S. SMITH, JR.
ASSISTANT U. S. ATTORNEY     GREGORY S. GLOFF

DEFENDANT: JAMES E. DOUGLAS     DOB: _____

CITIZENSHIP:     United States  X     Mexican \_\_\_\_     Other _____
INTERPRETER NEEDED:  Yes \_\_\_\_     No  X     Language _____

DEFENSE ATTORNEY: _____

DEFENDANT IS:     In Jail  NO     WHERE: _____
                 On Bond  NO

PROSECUTION BY:     INFORMATION  X     INDICTMENT \_\_\_\_

OFFENSE: (Code & Description) 29 U.S.C. 439(c) – Falsification, Concealment of Destruction of Financial Records Required Kept by Labor Union in Private Sector

OFFENSE IS:     FELONY _____     MISDEMEANOR  X

MAXIMUM SENTENCE: Not more than 1 year custody; not more than $10,000 fine; $25 special assessment;

PENALTY IS MANDATORY:     YES concerning:
                          Special Assessment and TSR

REMARKS: ███████████████